UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CITIZENS UNITED RECIPROCAL EXCHANGE, )<br><br>Plaintiff, )<br><br>v. )<br><br>STEVEN M. GURSTEN; MICHIGAN AUTO LAW, P.C.; and ABC CORPORATIONS 1-10, )<br><br>Defendants. | No. 4:24-cv-13008<br>Hon. Shalina D. Kumar<br>Mag. Judge Kimberly G. Altman<br><br>**[PROPOSED] ORDER** |

**THIS MATTER**, having been brought before the Court by Plaintiff Citizens United Reciprocal Exchange ("CURE"), by and through its counsel, by way of a Motion for Leave to File a Second Amended Complaint ("Motion") pursuant to Fed. R. Civ. P. 15(a)(2), and the Court having read and considered the moving papers and any opposition thereto, along with any oral argument of counsel, and for good cause having been shown:

**IT IS** on this _____ day of _____, 2025

**ORDERED** that CURE's Motion is **GRANTED**; and it is further

**ORDERED** that CURE's proposed Second Amended Complaint shall be filed within _____ days hereof.

**IT IS SO ORDERED.**

2

                                                                                   _____
                                                                                    Hon. Shalina D. Kumar, U.S.D.J.