# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CITIZENS UNITED RECIPROCAL EXCHANGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN M. GURSTEN; MICHIGAN )<br>AUTO LAW, P.C.; and ABC )<br>CORPORATIONS 1-10, )<br>)<br>Defendants. | No. 4:24-cv-13008<br>Hon. Shalina D. Kumar<br>Mag. Judge Kimberly G. Altman |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of CURE's Motion for Leave to File a Second Amended Complaint was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Michigan and served upon all counsel of record via the Court's CM/ECF system.

Dated: April 25, 2025  /s/ Anthony Argiropoulos
Anthony Argiropoulos
Robert Lufrano
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
4365 Route 1 South, Suite 301
Princeton, New Jersey 08540
(609) 490-4860

Timothy A. Diemer
Nathan Peplinski
Samantha McLeod
**Jacobs and Diemer, P.C.**
211 West Fort Street, Suite 1400
Detroit, Michigan 48226
(313) 965-1900

*Attorneys for Plaintiff*
*Citizens United Reciprocal Exchange*