UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Citizens United Reciprocal Exchange,

Plaintiff(s),

v.

Case No. 4:24−cv−13008−SDK−KGA
Hon. Shalina D. Kumar

Michigan Auto Law, PC, et al.,

Defendant(s),

**NOTICE OF DETERMINATION OF MOTION WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

Motion to Dismiss − #52

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Shalina D. Kumar ***without*** oral argument.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/T. Hallwood
Case Manager

Dated: October 20, 2026